IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RITA SIMMONS,<br><br>      Plaintiff,<br><br>    v.<br><br>TRANS UNION, LLC, EXPERIAN<br>INFORMATION SOLUTIONS, INC.,<br>EQUIFAX INFORMATION SERVICES LLC,<br>and SYNCHRONY BANK,<br><br>      Defendants. | Case No. 2:26-cv-01655-JFM |

## NOTICE OF APPEARANCE

**TO THE CLERK:**

Please enter my appearance as counsel on behalf of Defendant Equifax Information

Services LLC in the above-captioned matter.


Dated:    June 8, 2026

**CLARK HILL PLC**

*/s/ Beatrice D. Segal*
Beatrice D. Segal, PA ID # 332192
Two Commerce Square
2001 Market St, Suite 2620
Philadelphia, PA 19103
Tel: (215) 640-8419
Fax: (215) 640-8501
bsegal@clarkhill.com
Counsel for Defendant,
Equifax Information Services LLC

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Dated:    June 8, 2026                              */s/ Beatrice D. Segal*
                                                     Beatrice D. Segal