**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RITA SIMMONS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, and SYNCHRONY BANK,<br><br>　　　　　Defendants. | Case No. 2:26-cv-01655-JFM<br><br>Rule 7.1 Disclosure Statement of Defendant Equifax Information Services, LLC |

**DISCLOSURE STATEMENT OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Defendant Equifax Information Services LLC ("Equifax"), by and through its undersigned attorneys, and pursuant to Fed. R. Civ. P. 7.1, states that Equifax is a wholly-owned company of Equifax Inc., which is a publicly traded company on the NYSE.  No other entity owns 10% or more of Equifax's stock.

Dated:　　June 8, 2026

Respectfully submitted,

**CLARK HILL PLC**

*/s/ Beatrice D. Segal*
Beatrice D. Segal, PA ID # 332192
Two Commerce Square
2001 Market St, Suite 2620
Philadelphia, PA 19103
Tel: (215) 640-8419
Fax: (215) 640-8501
bsegal@clarkhill.com
*Counsel for Defendant,*
*Equifax Information Services, LLC*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Dated:    June 8, 2026

*/s/ Beatrice D. Segal*
Beatrice D. Segal