**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RITA SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 2:26-cv-01655-JFM |
| | ) | |
| TRANS UNION, LLC; EXPERIAN | ) | |
| INFORMATION SOLUTIONS, INC.; | ) | |
| EQUIFAX INFORMATION SERVICES, | ) | |
| LLC; and SYNCHRONY BANK, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT SYNCHRONY BANK'S
CORPORATE DISCLOSURE**

Defendant Synchrony Bank provides the following disclosures pursuant to Fed. R. Civ. P.

7.1:

Synchrony Bank is a wholly owned subsidiary of Synchrony Financial. Synchrony

Financial is a publicly traded company, the stock of which is traded on the New York Stock

Exchange under the symbol "SYF."

No publicly held company directly owns more than 10% of the stock of Synchrony

Financial.

Dated: June 15, 2026                      Respectfully submitted,

                                          **MCGUIREWOODS LLP**

                                          */s/ Blaec C. Croft*
                                          Blaec C. Croft
                                          Tower Two Sixty
                                          260 Forbes Ave., Suite 1800
                                          Pittsburgh, PA 15222
                                          Phone: (412) 667-6057
                                          Email: bcroft@mcguirewoods.com

                                          *Counsel for Defendant Synchrony Bank*

1

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 15, 2026, a true and correct copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Blaec C. Croft*
Blaec C. Croft